# **<u>EXHIBIT A</u>**

 CT Corporation

**Service of Process Transmittal**
03/04/2022
CT Log Number 541165849

TO:     Suzanne Gagle
        Marathon Petroleum Company LP
        539 S Main St
        Findlay, OH 45840-3229

RE:     **Process Served in Illinois**

FOR:    Marathon Petroleum Company LP  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | JOEY L. ACOSTA vs. MARATHON PETROLEUM COMPANY |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 2022LA1 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/04/2022 at 03:44 |
| **JURISDICTION SERVED :** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT will retain the current log<br><br>Image SOP<br><br>Email Notification,  Suzanne Gagle  sgagle@MarathonPetroleum.com<br><br>Email Notification,  MPC Service of Process  MPCServiceofProcess@marathonpetroleum.com<br><br>Email Notification,  Cliff Barr  cgbarr@marathonpetroleum.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

 Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:**                        Fri, Mar 4, 2022

**Server Name:**          Sheriff Drop

| Entity Served | Marathon Petroleum Company |
|---|---|
| Case Number | 2022LA1 |
| Jurisdiction | IL |



This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| | | | |
|---|---|---|---|
| **STATE OF ILLINOIS, CIRCUIT COURT** Crawford **COUNTY** | **SUMMONS** | | *For Court Use Only* FILED Crawford Co. Circuit Court 2nd Judicial Circuit Date: 3/1/2022 10:49 AM Angela Reinoehl |

**Instructions ▼**

Enter above the county name where the case was filed.

JOEY L. ACOSTA
_____
**Plaintiff / Petitioner** *(First, middle, last name)*

Enter your name as Plaintiff/Petitioner.

v.

Enter the names of all people you are suing as Defendants/Respondents.

MARATHON PETROLEUM COMPANY
_____
**Defendant / Respondent** *(First, middle, last name)*

2022LA1
_____
**Case Number**

Enter the Case Number given by the Circuit Clerk.

☑ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)*

**IMPORTANT INFORMATION:**

There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.

Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org.

**Plaintiff/Petitioner:**

Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.

If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent.

In **1a**, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here.

**1. Defendant/Respondent's address and service information:**

a. Defendant/Respondent's primary address/information for service:
Name *(First, Middle, Last)*:  MARATHON PETROLEUM COMPANY
Registered Agent's name, if any:  CT Corporation System
Street Address, Unit #:  208 S. LaSalle Street, Suite 814
City, State, ZIP:  Chicago, Illinois  60604
Telephone: _____  Email: _____

In **1b**, enter a second address for Defendant/Respondent, if you have one.

b. If you have more than one address where Defendant/Respondent might be found, list that here:
Name *(First, Middle, Last)*: _____
Street Address, Unit #: _____
City, State, ZIP: _____
Telephone: _____  Email: _____

In **1c**, check how you are sending your documents to Defendant/Respondent.

c. Method of service on Defendant/Respondent:
☑ Sheriff   ☐ Sheriff outside Illinois: _____
*County & State*
☐ Special process server   ☐ Licensed private detective

SU-S 1503.2                    Page 1 of 4                    (06/21)

Enter the Case Number given by the Circuit Clerk: 2022LA1

| | |
|---|---|
| In 2, enter the amount of money owed to you. | **2.** **Information about the lawsuit:**<br>Amount claimed:  $ 50,000.00 |
| In 3, enter your complete address, telephone number, and email address, if you have one. | **3.** **Contact information for the Plaintiff/Petitioner:**<br>Name *(First, Middle, Last):*  Michael Fiorentino, Attorney for Joey Acosta<br>Street Address, Unit #:  432 N. Clark Street, Suite 202<br>City, State, ZIP:  Chicago, Illinois  60654<br>Telephone:  (312) 853-0050      Email:  michael@fiorentinolaw.com |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| | |
|---|---|
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*.<br>To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |

| | |
|---|---|
| Check 4a or 4b. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box 4a. Otherwise, if the clerk gives you a court date, check box **4b**. | **4.** **Instructions for person receiving this *Summons* (Defendant):**<br>☑ a.  To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served *(not counting the day of service)* by e-filing or at:<br>Address:  Circuit Clerk - Crawford County Courthouse<br>City, State, ZIP:  1 Court Street, Robinson, IL 62454 |
| In 4a, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response.* | ☐ b.  Attend court:<br>On: _____ at _____ ☐ a.m. ☐ p.m. in _____<br>    *Date*      *Time*          *Courtroom*<br>**In-person at:** |
| In 4b, fill out:<br>•The court date and time the clerk gave you.<br>•The courtroom and address of the court building.<br>•The call-in or video information for remote appearances (if applicable).<br>•The clerk's phone number and website. All of this information is available from the Circuit Clerk. | _____<br>*Courthouse Address*   *City*      *State*   *ZIP*<br>OR<br>**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):<br>By telephone: _____<br>     *Call-in number for telephone remote appearance*<br>By video conference: _____<br>     *Video conference website*<br>_____<br>*Video conference log-in information (meeting ID, password, etc.)*<br>Call the Circuit Clerk at: _____ or visit their website<br>    *Circuit Clerk's phone number*<br>at: _____ to find out more about how to do this.<br>  *Website* |

| | |
|---|---|
| **STOP!**<br>The Circuit Clerk will fill in this section. | March 1, 2022<br>**Witness this Date:** _____<br>**Clerk of the Court:** _Angela Bensol_ |
| **STOP!**<br>The officer or process server will fill in the Date of Service. | **This *Summons* must be served within 30 days of the witness date.**<br>Date of Service: _____<br>*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)* |

SU-S 1503.2                      Page 2 of 4                      (06/21)

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT<br><br>Crawford    COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | JOEY L. ACOSTA<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v.<br><br>MARATHON PETROLEUM COMPANY<br>**Defendant / Respondent** *(First, middle, last name)* | |
| Enter the Case Number given by the Circuit Clerk. | ☑ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | 2022LA1<br>**Case Number** |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

**My name is** _____ **and I state**
      *First, Middle, Last*

☐ **I served the *Summons* and Complaint/Petition on the Defendant/Respondent**

_____ **as follows:**
*First, Middle, Last*

    ☐ Personally on the Defendant/Respondent:
      Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____ Race: _____
      On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
      Address, Unit#: _____
      City, State, ZIP: _____

    ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
      On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
      Address, Unit#: _____
      City, State, ZIP: _____
      And left it with: _____
                  *First, Middle, Last*
      Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____ Race: _____
      and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on _____ , 20 _____ .

    ☐ On the Corporation's agent, _____
                             *First, Middle, Last*
      Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____ Race: _____
      On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
      Address: _____
      City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk: <u>2022LA1</u>

☐ **I was not able to serve the** *Summons* **and Complaint/Petition on Defendant/Respondent:**

_____

*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

2.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

3.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

| DO NOT complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |
|---|---|

**By:**                                  **FEES**

_____   Service and Return: $ _____
*Signature by:*  ☐ Sheriff          Miles _____  $ _____
                 ☐ Sheriff outside Illinois:   Total        $ 0.00
_____
*County and State*
                 ☐ Special process server
                 ☐ Licensed private detective

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

FILED
Crawford Co. Circuit Court
2nd Judicial Circuit
Date: 3/1/2022 10:49 AM
Angela Reinoehl

| STATE OF ILLINOIS, CIRCUIT COURT | SUMMONS | For Court Use Only |
|---|---|---|

Crawford _____ COUNTY

**Instructions ▼**

Enter above the county name where the case was filed.

**JOEY L. ACOSTA**
Plaintiff / Petitioner *(First, middle, last name)*

Enter your name as Plaintiff/Petitioner.

v.

Enter the names of all people you are suing as Defendants/Respondents.

**MARATHON PETROLEUM COMPANY**
Defendant / Respondent *(First, middle, last name)*

**2022LA1**
Case Number

Enter the Case Number given by the Circuit Clerk.

☑ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)*

**IMPORTANT INFORMATION:**

There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.

Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org.

**Plaintiff/Petitioner:**

Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.

If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent.

In 1a, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here.

**1. Defendant/Respondent's address and service information:**

a. Defendant/Respondent's primary address/information for service:
Name *(First, Middle, Last)*: MARATHON PETROLEUM COMPANY
Registered Agent's name, if any: CT Corporation System
Street Address, Unit #: 208 S. LaSalle Street, Suite 814
City, State, ZIP: Chicago, Illinois 60604
Telephone: _____ Email: _____

In 1b, enter a second address for Defendant/Respondent, if you have one.

b. If you have more than one address where Defendant/Respondent might be found, list that here:
Name *(First, Middle, Last)*: _____
Street Address, Unit #: _____
City, State, ZIP: _____
Telephone: _____ Email: _____

In 1c, check how you are sending your documents to Defendant/Respondent.

c. Method of service on Defendant/Respondent:
☑ Sheriff   ☐ Sheriff outside Illinois: _____
*County & State*
☐ Special process server   ☐ Licensed private detective

SU-S 1503.2          Page 1 of 4          (06/21)

Enter the Case Number given by the Circuit Clerk: 2022LA1

<table>
<tr><td>In 2, enter the amount of money owed to you.</td><td>**2.**</td><td>**Information about the lawsuit:**<br>Amount claimed:   $ 50,000.00</td></tr>
<tr><td rowspan="1">In 3, enter your complete address, telephone number, and email address, if you have one.</td><td>**3.**</td><td>**Contact information for the Plaintiff/Petitioner:**<br>Name *(First, Middle, Last)*:   Michael Fiorentino, Attorney for Joey Acosta<br>Street Address, Unit #:   432 N. Clark Street, Suite 202<br>City, State, ZIP:   Chicago, Illinois  60654<br>Telephone:  (312) 853-0050      Email:   michael@fiorentinolaw.com</td></tr>
</table>

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

**Important information for the person getting this form**

You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/.

Check 4a or 4b. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box 4a. Otherwise, if the clerk gives you a court date, check box 4b.

In 4a, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response.*

In 4b, fill out:
• The court date and time the clerk gave you.
• The courtroom and address of the court building.
• The call-in or video information for remote appearances (if applicable).
• The clerk's phone number and website. All of this information is available from the Circuit Clerk.

**4.** **Instructions for person receiving this *Summons* (Defendant):**

[✔] a.  To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:
Address:   Circuit Clerk - Crawford County Courthouse
City, State, ZIP:   1 Court Street, Robinson, IL 62454

[ ] b.  Attend court:
On: _____ at _____ [ ] a.m. [ ] p.m. in _____
*Date*          *Time*                          *Courtroom*
**In-person at:**
_____
*Courthouse Address*     *City*          *State*    *ZIP*
OR
**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):
By telephone: _____
*Call-in number for telephone remote appearance*
By video conference: _____
*Video conference website*
_____
*Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk at: _____ or visit their website
*Circuit Clerk's phone number*
at: _____ to find out more about how to do this.
*Website*

STOP! The Circuit Clerk will fill in this section.

STOP! The officer or process server will fill in the Date of Service.

Witness this Date:   March 1, 2022

Clerk of the Court:   *Angela Benedetto*

**This *Summons* must be served within 30 days of the witness date.**

Date of Service: _____
*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

SU-S 1503.2                    Page 2 of 4                    (06/21)

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT<br><br>Crawford _____ COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|

| Instructions | |
|---|---|
| Enter above the county name where the case was filed. | JOEY L. ACOSTA _____<br>**Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | |
| Enter the names of all people you are suing as Defendants/Respondents. | v.<br><br>MARATHON PETROLEUM COMPANY _____ |
| Enter the Case Number given by the Circuit Clerk. | **Defendant / Respondent** *(First, middle, last name)*<br><br>☑ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

2022LA1 _____
**Case Number**

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

My name is _____ and I state
　　　　　*First, Middle, Last*

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent

_____ as follows:
*First, Middle, Last*

　☐ Personally on the Defendant/Respondent:
　　Male ☐　Female ☐　Non-Binary ☐　Approx. Age: _____　Race: _____
　　On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
　　Address, Unit#: _____
　　City, State, ZIP: _____

　☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family
　　member or lives there:
　　On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
　　Address, Unit#: _____
　　City, State, ZIP: _____
　　And left it with: _____
　　　　　　　　　　　*First, Middle, Last*
　　Male ☐　Female ☐　Non-Binary ☐　Approx. Age: _____　Race: _____
　　and by sending a copy to this defendant in a postage-paid, sealed envelope to the
　　above address on _____ , 20 _____ .
　☐ On the Corporation's agent, _____
　　　　　　　　　　　　　　*First, Middle, Last*
　　Male ☐　Female ☐　Non-Binary ☐　Approx. Age: _____　Race: _____
　　On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
　　Address: _____
　　City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk: 2022LA1

☐ **I was not able to serve the** *Summons* **and Complaint/Petition on Defendant/Respondent:**

_____

*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

---

| DO NOT complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |
|---|---|

**By:**                                                    **FEES**

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

_____                Service and Return: $ _____
*Signature by:*  ☐ Sheriff               Miles _____    $ _____
                 ☐ Sheriff outside Illinois:    Total        $ 0.00

                 _____
                 *County and State*
                 ☐ Special process server
                 ☐ Licensed private detective

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

 **COOK COUNTY SHERIFF'S OFFICE**
**SPACE ALLOCATION WORKGROUP**
**SPACE REQUEST FORM**

## PROCEDURE FOR SPACE ALLOCATION
*(See the Space Allocation Workgroup Procedure for further guidance.)*

The process for the Sheriff's Office Space Allocation is as follows:

A. The department requesting new space, additional space, or changes to current space shall complete the Space Request Form and submit the request to the Space Allocation Workgroup at ccso.spaceallocation@ccsheriff.org.

B. The workgroup will review the request, confirm that the request meets at least one of the criteria below, and gather additional information as necessary.

C. As part of the review process, the Space Allocation Workgroup will identify available space and equipment.

D. An authorized designee from the workgroup will communicate with the department head and conduct a site visit to coordinate the request.

E. If approved, a Space Allocation Workgroup authorized designee will work with the respective department head to coordinate occupancy and process any request, is applicable.

## CRITERIA

☒ **ACCOMMODATIONS FOR NEW/EXISTING EMPLOYEESS**

☐ **RETIRMENT, RESIGNATION, OR TERMINATION OF EMPLOYMENT**

☐ **CORRECTS A SAFETY OR SECUITY HAZARD**

☒ **ADDRESSES OVER-CROWDING**

☐ **REDUCES SPACE USE OR ADDRESSES UNDERUTILIZATION OF SPACE**

☒ **ENHANCES PRODUCTIVITY OR EFFICIENCY**

☐ **RELOCATES INACTIVE RECORDS OFFSITE**

☒ **CREATES A VIABLE SPACE FOR A NEW OR EXPANDING DEPARTMENT**

☒ **ACCOMMODATIONS DUE TO A HEALTH CRISIS**

| REQUESTOR INFORMATION | | |
|---|---|---|
| **DATE:**<br>01 MAR 22 | **NAME:**<br>COLIN J LUCE | **TITLE:**<br>SUPERINTENDENT |
| **PHONE NUMBER:**<br>312-502-9799 | **EMAIL:**<br>COLIN.LUCE@CCSHERIFF.ORG | |
| **DEPARTMENT:**<br>CIVIL PROCESS | **AGENCY/ BUREAU:**<br>COOK COUNTY SHERIFF'S OFFICE | |
| **DIVISION/UNIT (DOC ONLY):** | | |

| | **AMOUNT:** |
|---|---|
| **BUDGET FOR IMPROVEMENTS, FURNITURE, RELOCATION?** ☐ Yes ☒ No | N/A |

**FUNDING SOURCE:**
N/A

| **RELOCATION FROM:**<br>N/A | **RELOCATION TO (TYPE "UNK" IF UNKNOWN):**<br>MARKHAM COURTHOUSE ROOM 070 |
|---|---|

### ■ WHAT TYPE OF SPACE IS BEING REQUESTED?
*(Private Office, Shared Office, Cubicle Storage,*
*Division, Living Unit etc.)*

The Civil Process Unit, to allow for a more efficient process, improved record keeping, safe work environment, and adequate space allocation for our unit require additional space. The office number 070 in the Markham Courthouse will fit the needs of the unit and allow for a more productive, more safe, and more effective operational process. The unit will maintain its current office space in the Civil Process Office to allow for public interaction, and the processing of LEADS paperwork. This request is for additional space for our operations unit which is currently working out of the same crowded Civil process Office space in Markham.

### ■ DETAIL JUSTIFICATION FOR SPACE REQUEST:
*(New employee, Unit expansion, employee transfer, etc.)*
*(If current employee, please include the number of times the employee has moved previously, if applicable)*

The Civil Process Unit requires additional space for daily operations of the unit. The current space is not adequate for what it is currently being used. Included in our needs is the requirement to organize, hold and secure court documents including the ability to lock those documents when the office is not occupied. Our supervision need private office spaces to conduct supervisory duties including report writing, staff organization, counseling / discipline sessions, and private meeting rooms. There is not enough space in the current location to store the documents received in office, nor is there enough space to properly social distance staff members.

The current space is overcrowded. The space doesn't allow for social distancing, proper filing/storage of documents, or private meeting space. The department's current space cannot properly accommodate the requested increase in staff.

| ■ FURNITURE/EQUIPMENT: |
|---|
| *(Could existing furniture and equipment be relocated from existing space or is replacement furniture/equipment.)* |

The department currently has desks and chairs to create the proper amount of work stations in each office, however they are placed at different locations throughout the county and will need to be brought in as needed.  We will required a minimum of 8 fully operational computer stations, 4 phone lines, and adequate electrical for charging electronic equipment.  We will also require space and electrical/internet hook ups for 2 high capacity printers. One room will act as a "bin" room where all papers will be placed and organized for service attempts and secured per statutory requirements.  The other space will be made into a supervisory office area and meeting room when needed.  Additional office equipment may be needed in the future but will be obtained by utilizing unused, quality equipment already in our unit/office.  We will also require 10 keys to the space for supervisors only.

| ■ SPACE REQUIREMENTS: |
|---|
| *(Please indicate the number of individuals to be accommodated in each requested type of space.)* |

This space will need to be able to house a total of 10 full time employees while also allowing for the increase of up to 25 individuals in the space when additional trainings, information dispersement, or group meetings are needed.

| □ IS FACILITIES WORK REQUIRED? |
|---|
| *(Is there funding identified in the department's present budget?)* |

It is not known at this time.

| □ DESCRIPTION OF FACILITIES WORK: |
|---|

N/A

| **ANTICIPATED MOVE OR NEW HIRE DATE:** |
|---|
| *(Please provide the date the current owner of the space will move, if applicable.)* |
| 01 APR 22 |

## DEPARTMENT AUTHORIZATION
*(NOTE: NO WORK WILL BEGIN WITHOUT THIS COMPLETED FORM AND APPROVAL FROM THE EXECUTIVE OFFICE CHIEF.)*

| DEPARTMENT HEAD NAME (PRINT): | DEPARTMENT HEAD SIGNATURE: | DATE: |
|---|---|---|
| EXECUTIVE OFFICE CHIEF NAME (PRINT): | EXECUTIVE OFFICE CHIEF (SIGNATURE): | DATE: |

## FOR OFFICE USE ONLY

☐ APPROVED      ☐ DENIED

| NAME: | SIGNATURE: | DATE: |
|---|---|---|
| ASSIGNED COORDINATOR: | | |

## MOVING LOGISTICS
*(Include schedule and deadlines for cleaning office, repairs, and moving.)*

We would like to gain access to this space as soon as possible and begin to set up the space to fit our needs.

(FCN-59) ( NOV 21)

FILED
Crawford Co. Circuit Court
2nd Judicial Circuit
Date: 1/5/2022 12:03 PM
Angela Reinoehl

**IN THE CIRCUIT COURT FOR THE SECOND JUDICIAL CIRCUIT**
**CRAWFORD COUNTY, ILLINOIS**

| | |
|---|---|
| JOEY L. ACOSTA, ) | |
| ) | |
| Plaintiff, ) | **2022LA1** |
| ) | No. |
| vs. ) | |
| ) | Amount claimed: |
| MARATHON PETROLEUM COMPANY, an Illinois ) | In excess of $50,000.00 |
| corporation and GLOBAL SCAFFOLD ) | |
| CONSTRUCTION SERVICES, INC., a Nevada ) | |
| corporation, ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, JOEY L. ACOSTA, by and through his attorneys, FIORENTINO

LAW OFFICES, and complaining of the Defendants, MARATHON PETROLEUM COMPANY, an

Illinois corporation, and GLOBAL SCAFFOLD CONSTRUCTION SERVICES, INC., a Nevada

corporation, states as follows:

### PARTIES

1.     The Plaintiff, JOEY L. ACOSTA (hereinafter referred to as "ACOSTA"), resides at 4550

Tweedy Blvd #D, City of South Gate, County of Los Angeles, State of California.

2.     That the Defendant, MARATHON PETROLEUM COMPANY, (hereinafter referred to as

"MARATHON") is an Illinois Corporation with its Illinois Refining Division located at 400 S.

Marathon Avenue, City of Robinson, County of Crawford, State of Illinois.

3.     That the Defendant, GLOBAL SCAFFOLD CONSTRUCTION SERVICES, INC., (hereinafter

referred to as "GLOBAL") is a Nevada Corporation with its Principal offices located at 720 W.

Washington Street, Unit 5, Town of Hanover, County of Plymouth, State of Massachusetts.

## **VENUE AND JURISDICTION**

4.     This Court has subject matter jurisdiction over these claims because the acts described herein took place in the County of Crawford, State of Illinois and the Defendants were located and transacting business in the City of Robinson, County of Crawford, at the time of the subject occurrence.

5.     This Court has personal jurisdiction over the Defendant MARATHON because it was located and transacting business in the City of Robinson, County of Crawford, at the time of the subject occurrence.

6.     This Court has personal jurisdiction over the Defendant GLOBAL because it was located and transacting business in the City of Robinson, County of Crawford, at the time of the subject occurrence and this lawsuit arises out of that specific contact with the State of Illinois.

7.     Venue is proper in this Court pursuant to 735 ILCS 5/2-101 because the events and transactions described herein took place in the County of Crawford, State of Illinois and the Defendants transacted business in the City of Robinson, County of Crawford, State of Illinois, and the allegations of this Complaint stem from said events and transactions.

## **COUNT I – GENERAL NEGLIGENCE**

### *Acosta v. Marathon Petroleum Company*

8.     That on or about September 17, 2021, and prior and subsequent thereto, the Defendant, MARATHON, was an Illinois Corporation, duly authorized and licensed to do business in the State of Illinois.

2

9.      That on September 17, 2021 and all times relevant to the allegations herein, the Defendant, MARATHON, was in possession of, operated and/or maintained a certain building or structure(s) located at or about 400 S. Marathon Avenue, City of Robinson, County of Crawford, State of Illinois (hereinafter referred to as "the Premises").

10.     That at the aforesaid time, MARATHON, by and through their agents, servants and employees, were in charge of the erection, construction, and maintenance of scaffolding and supervision of the work taking place upon said scaffolding at the Premises.

11.     That at the aforesaid time and place and prior thereto, the Defendant, MARATHON, through their agents, servants, and employees, were present during such erection, construction, repairs, placement, alteration and/or maintenance of scaffolding and supervision of the work taking place thereupon at the Premises.

12.     That at the aforesaid time and place, the Plaintiff, ACOSTA, was employed by MISTRAS GROUP INC., and was an invitee performing the task of taking x-rays upon a scaffold erected on the Premises.

13.     That at the aforesaid time and place, the Defendant, MARATHON, had a duty to exercise reasonable care in the erection, construction, placement, alteration and/or maintenance of all scaffolding on the Premises, including the provision of a safe and suitable area for the Plaintiff and others then and there working.

14.     That at the aforesaid time and place, Defendant, MARATHON, had a duty to exercise ordinary care to keep the Premises in a reasonably safe condition for all invitees and persons lawfully on the Premises, including the Plaintiff, ACOSTA.

15.    Notwithstanding its duty, at said time and place, the Defendant, MARATHON, by and through their agents, servants, and employees, were then and there guilty of one or more of the following careless and negligent acts and/or omissions:

    a.  Failed to provide a safe scaffold structure on which Plaintiff was working;

    b.  Failed to provide adequate safeguards to prevent the Plaintiff from injury while engaged in work upon the Premises;

    c.  Failed to provide warning of a dangerous condition to prevent the Plaintiff from injury while engaged in work upon the Premises;

    d.  Failed to make a reasonable inspection of the Premises and the scaffolding thereupon when the Defendant knew or in the exercise or ordinary care should have known that said inspection was necessary to prevent injury to the Plaintiff;

    e.  Negligently, carelessly and improperly worked or otherwise directed that certain work be done at a time and in a manner which said Defendant knew, or in the exercise of ordinary care, should have known, would cause injury to the Plaintiff;

    f.  Negligently, carelessly and improperly failed to supervise, direct and control the activities and work upon the Premises;

    g.  Negligently, carelessly and improperly failed to establish and maintain conditions of work which were reasonably safe and healthful;

    h.  Failed to provide the Plaintiff with a safe place within which to work;

16.     That as a direct and proximate result of the aforesaid careless and negligent acts and/or omissions of the Defendant, MARATHON, the Plaintiff, ACOSTA, then and there fell and sustained severe and permanent injuries, both externally and internally, and was and will be hindered and prevented from attending to usual duties and affairs, and has lost and will in the future lose, the value of that time as aforementioned. That the Plaintiff, ACOSTA, also suffered great pain and anguish, both in mind and body, and will in the future continue to suffer. That the Plaintiff, ACOSTA, further expended and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff, JOEY L. ACOSTA, demands judgment against the Defendant, MARATHON PETROLEUM COMPANY, an Illinois corporation, in a sum in excess of Fifty Thousand Dollars ($50,000.00) and costs of suit.

## COUNT II – GENERAL NEGLIGENCE

### *Acosta v. Global Scaffold Construction Services, Inc.*

17.     That Plaintiff restates, reasserts and incorporates by reference his allegations of Paragraphs 1-16 of this Complaint as and for Paragraphs 1-16 of Count II as though they are fully set forth herein.

18.     That on or about September 17, 2021, and prior and subsequent thereto, the Defendant GLOBAL, was a Nevada Corporation, duly authorized and licensed to do business in the State of Illinois.

19.     That on September 17, 2021, and all times relevant to the allegations herein, the Defendant GLOBAL was in possession of, operated and/or maintained a certain building and/or structure(s) located at or about 400 S. Marathon Avenue, City of Robinson, County of Crawford, State of Illinois (hereinafter referred to as "the Premises").

20.     That at the aforesaid time, GLOBAL, by and through their agents, servants, and employees, were in charge of the erection, construction, placement, alteration and/or maintenance of scaffolding and supervision of the work taking place upon said scaffolding at the premises.

21.     That at the aforesaid time and place and prior thereto, the Defendant, GLOBAL, through their agents, servants, and employees, were present during the course of such erection, construction, placement, alteration and/or maintenance of scaffolding and supervision of the work taking place upon said scaffolding at the Premises.

22.     That at the aforementioned time and place, the Plaintiff, ACOSTA, was employed by MISTRAS GROUP INC., and was an invitee performing the task of taking x-rays upon a scaffold on the Premises.

23.     That at all times material to this Complaint, the Defendant, GLOBAL, had a duty to exercise reasonable care in the erection, construction, placement, alteration and/or maintenance of all scaffolds on the Premises, including the provision of a safe and suitable area for the Plaintiff and others then and there working.

24.     That on the aforesaid date and at all times material, Defendant, GLOBAL, had a duty to exercise ordinary care to keep the Premises and scaffolding in a reasonably safe condition for all invitees and persons lawfully on the Premises, including the Plaintiff, ACOSTA.

25.    Notwithstanding its duty, at said time and place, the Defendant, GLOBAL, by and through their agents, servants, and employees, were then and there guilty of one or more of the following careless and negligent acts and/or omissions:

a.  Failed to provide a safe scaffold structure on which Plaintiff was working;

b.  Failed to provide adequate safeguards to prevent the Plaintiff from injury while engaged in work upon the Premises;

c.  Failed to provide warning of a dangerous condition to prevent the Plaintiff from injury while engaged in work upon the Premises;

d.  Failed to make a reasonable inspection of the Premises and the scaffolding thereupon when the Defendant knew or in the exercise or ordinary care should have known that said inspection was necessary to prevent injury to the Plaintiff;

e.  Negligently, carelessly and improperly worked or otherwise directed that certain work be done at a time and in a manner which said Defendant knew, or in the exercise of ordinary care, should have known, would cause injury to the Plaintiff;

f.  Negligently, carelessly and improperly failed to supervise, direct and control the activities and work upon the Premises;

g.  Negligently, carelessly and improperly failed to establish and maintain conditions of work which were reasonably safe and healthful;

h.  Failed to provide the Plaintiff with a safe place within which to work;

26. That as a direct and proximate result of the aforesaid careless and negligent acts and/or omissions of the Defendant, GLOBAL, the Plaintiff, ACOSTA, then and there fell and sustained severe and permanent injuries, both externally and internally, and was and will be hindered and prevented from attending to usual duties and affairs, and has lost and will in the future lose, the value of that time as aforementioned. That the Plaintiff, ACOSTA, also suffered great pain and anguish, both in mind and body, and will in the future continue to suffer. That the Plaintiff, ACOSTA, further expended and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff, JOEY L. ACOSTA, demands judgment against the Defendant, GLOBAL SCAFFOLD CONSTRUCTION SERVICES, INC., a Nevada corporation, in a sum in excess of Fifty Thousand Dollars ($50,000.00) and costs of suit.

FIORENTINO LAW OFFICES

Attorney for Plaintiff

FIORENTINO LAW OFFICES
432 N. Clark Street, Suite 202
Chicago, IL 60654
(312) 853-0050 tel.
(312) 853-3254 fax
michael@fiorentinolaw.com
ARDC#: 6281389

8

SHERIFF'S OFFICE OF COOK COUNTY
AFFIDAVIT OF SERVICE

Crawford Co. Circuit Court
2nd Judicial Circuit
Date: 3/3/2022 3:45 PM
Angela Reinoehl

CASE NUMBER: 2022LA1     MULT. SER.: 2     DOC. TYPE: SUMMONS
**DIE DATE: 2/2/2022**  RECEIVED DATE: 1/19/2022   FILED DATE: 1/5/2022   DIST: 604 DC

---

**DEFENDANT:**    GLOBAL SCAFFOLD CONSTRUCTION SERVICES INC
208 S LaSalle St
Chicago, IL 60604
Suite 814
ATTACHED FEE AMT:
SERVICE INFORMATION: R/A: National Agents Inc

**PLAINTIFF:** ACOSTA, JOEY

**ATTORNEY:** FIORENTINO LAW OFFICES
432 N Clark St Suite 202
CHICAGO, IL 60654
312-853-0050

---

## I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:

____ **(1) PERSONAL SERVICE:** BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

____ **(2) SUBSTITUTE SERVICE:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON

____ **(3) UNKNOWN OCCUPANTS:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

X   **(4) CORP/CO/BUS/PART:** BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION ____ COMPANY ____ BUSINESS ____ PARTNERSHIP ____

____ **(5) PROPERTY RECOVERED:** NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

____ **(6) S.O.S./D.O.I.:** BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

____ **(7) CERTIFIED MAIL**

**\*\*\*\* COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT \*\*\*\***

____ **(8)** AND BY MAILING ON THE _____ DAY OF _____ 20_____ A COPY OF THE THIRD PARTY GARNISHMENT/CITATION SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

---

## THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:

____ (01) NO CONTACT    ____ (05) WRONG ADDRESS    ____ (09) DECEASED
____ (02) MOVED    ____ (06) NO SUCH ADDRESS    ____ (10) NO REGISTERED AGENT
____ (03) EMPTY LOT    ____ (07) EMPLOYER REFUSAL    ____ (11) OUT OF COOK COUNTY
____ (04) NOT LISTED    ____ (08) CANCELLED BY PLAINTIFF ATTY    ____ (12) OTHER REASON (EXPLAIN)

EXPLANATION:

---

WRIT SERVED ON: DERRICK HACKETT
SEX: Male    RACE: White    AGE: 30
THIS 21 DAY OF January 2022

ATTEMPTED SERVICES

| DATE | TIME (AM/PM) | STAR# |
|------|------|------|

TIME:  9:45:00 AM

THOMAS J. DART,
SHERIFF, BY:  /S/ HALVORSON, KYLE , Star # 10446 , DEPUTY

KBU962



SHERIFF'S OFFICE OF COOK COUNTY
AFFIDAVIT OF SERVICE

CASE NUMBER: 2022LA1

**DEFENDANT:**    GLOBAL SCAFFOLD
CONSTRUCTION SERVICES INC    **PLAINTIFF:**    ACOSTA, JOEY

| DATE | DEPUTY | STAR # |
|------|--------|--------|